POPULIST PARTY of ARKANSAS, Ralph Nader, and Peter Miguel Camejo *v.* Linda CHESTERFIELD and the Democratic Party of Arkansas

04-994                                                              193 S.W.3d 265

Supreme Court of Arkansas
Opinion delivered September 23, 2004

*Hilburn, Calhoon, Harper, Pruniski & Calhoon, Ltd.*, by: *Sam Hilburn* and *Matthew McCoy*, for appellants.

*Brian D. Greer*, for appellees.

PER CURIAM. We hereby order the Secretary of State to advise the County Board of Election Commissioners to not initiate the further printing of ballots relating to the presidential election until further notice from this court.